**Opinion issued July 7, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00456-CV

————————————

## JAGBIR SINGH DHINDSA, Appellant

## V.

## MARTHA JONELL BONIN, Appellee

---

**On Appeal from the 328th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 13-DCV-203447**

---

## MEMORANDUM OPINION

Appellant, Jagbir Singh Dhindsa, has filed a motion to dismiss his appeal because he no longer wants to pursue this appeal. *See* TEX. R. APP. P. 42.1(a)(1). The motion contains a certificate of conference indicating that the appellee has been contacted and does not oppose this motion. *See* TEX. R. APP. P. 10.1(a)(5),

10.3(a)(2).  No other party has filed a notice of appeal and no opinion has issued.  *See* Tex. R. App. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Huddle, and Lloyd.